### 32884.   BOWYER *v.* CUMMINS.

FELTON, J.   This is a companion case to *Bowyer* v. *Cummins,* ante, 118, and involves identically the same question. This case is controlled by the rulings in that case.

*Judgment affirmed.   Sutton, C. J., and Worrill, J., concur.*

DECIDED MARCH 3, 1950.

*Ernest J. Haar,* for plaintiff in error.
*Oliver, Oliver & Davis,* contra.